

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



MEMO ENDORSED

86 Chambers Street
New York, New York 10007

January 30, 2008

By Hand

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/08

    Re:  Christian Lopez v. Barnhart
         07 Civ. 3534 (RJS)

Dear Judge Sullivan:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. During my preparation of defendant's reply in this case, I have identified a legal issue which requires that I seek additional information from the Agency. Therefore, with the consent of plaintiff, I respectfully request a thirty day extension of time from February 1, 2008, to March 3, 2008 (March 2, 2008 falls on a Sunday).

    Four extensions were granted to the government on its response the complaint, which was filed in the form of a motion to dismiss on December 5, 2007. In its order dated November 5, 2007, the Court indicated that no further extensions would be granted absent compelling circumstances. Because the information that the Agency will provide affects the Government's further briefing of this case, I respectfully request that the Court find that compelling circumstances exist and grant the government's request.

Thank you for your consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

BY: _____
LESLIE A. RAMIREZ-FISHER
Assistant U.S. Attorney
Telephone: (212) 637-0378
Fax: (212) 637-2750

cc: Seth Grossman, Esq. (By Fax)

SO ORDERED
Dated: 1/30/08

RICHARD J. SULLIVAN
U.S.D.J.

2