☐ ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007
Tel. (212) 637-0378
Fax. (212) 637-2750

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
CHRISTIAN LOPEZ,                :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
MICAHEL J. ASTRUE,              :   07 Civ. 3534 (KMK) RJS
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for

further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:  New York, New York
        February 28, 2008

                      LEGAL SERVICES FOR NEW YORK
                        CITY LSNY-BRONX
                      Attorneys for Plaintiff

By: _____
    SETH GROSSMAN, ESQ.
    579 Courtlandt Avenue
    Bronx, New York  10451
    Telephone No.: (718) 928-3750

    MICHAEL J. GARCIA
    United States Attorney
    Southern District of New York
    Attorney for Defendant

By: _____
    LESLIE A. RAMIREZ-FISHER
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-0378
    Leslie.Ramirez-Fisher@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE