

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

March 6, 2008

By Hand

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

    Re:  Christian Lopez v. Barnhart
         07 Civ. 3534 (RJS)

Dear Judge Sullivan:

    This Office represents the Commissioner of Social Security, defendant in the above-captioned action. Yesterday, March 5, 2008, defendant filed a stipulation of remand. Therefore, defendant hereby withdraws his motion to dismiss plaintiff's complaint.

                Respectfully,

                MICHAEL J. GARCIA
                United States Attorney

      BY:  */s/ Leslie A. Ramirez-Fisher*
           LESLIE A. RAMIREZ-FISHER
           Assistant U.S. Attorney
           Telephone: (212) 637-0378
           Fax: (212) 637-2750

cc:  Seth Grossman, Esq. (By Fax)

SO ORDERED
Dated: 3/7/08

*/s/ Richard J. Sullivan*
RICHARD J. SULLIVAN
U.S.D.J.